# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Judith Patrylak, | No. CV-23-00558-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Chantico LLC, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulated Motion to Remand to State Court (Doc. 5), and good cause appearing;

**IT IS ORDERED** that the parties' stipulated motion is GRANTED. This action shall be remanded to Maricopa County Superior Court of Arizona.

**IT IS FURTHER ORDERED** that each party shall bear its own attorney fees and costs with respect to the removal and subsequent remand of the State Court Action pursuant to the parties' stipulation.

Dated this 14th day of April, 2023.

Douglas L. Rayes
United States District Judge